# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** | ) Case No.: 1:05-cv-11836-JLT |
| | ) |
| Plaintiff, | ) |
| | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | ) **WITH PREJUDICE** |
| | ) |
| **Steve Marden** | ) |
| | ) |
| Defendant | ) |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint with prejudice and without cost to either party.


Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Attorney,


9/30/2005                              /s/ John M. McLaughlin
Date                                   John M. McLaughlin
                                       **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                       77 Pleasant Street
                                       P.O. Box 210
                                       Northampton, MA 01061
                                       Telephone:  (413) 586-0865
                                       BBO No. 556328

## <u>CERTIFICATE OF SERVICE</u>

     I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 30th day of September, 2005, a copy of the foregoing was mailed first class to:

Steve Marden
25 McDonald Road
Wilmington, MA 01887


                                                 <u>/s/ John M. McLaughlin</u>
                                                 John M. McLaughlin, Esq.